FILED
August 19, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002865871

MARK W. BRIDEN
Attorney at Law
691 Maraglia Drive
P.O. Box 493085
Redding, CA 96049
(530)222-1664

State Bar No. 096806
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re: RONNIE LOYD and
CYNTHIA LOYD

Case No. 10-37406-C-7
Docket Control No. MWB-1

MOTION FOR ORDER
ABANDONING PROPERTY
OF THE ESTATE

DATE: September 21, 2010
TIME: 9:30 am
JUDGE: KLEIN
COURTROOM: 35

Local Rule 9014-1

Debtor.
_____/

TO THE HONORABLE JUDGE CHRISTOPHER M. KLEIN:

RONNIE LOYD and CYNTHIA LOYD, dba RON LOYD RC SALES, debtor, by and through their attorney, MARK W. BRIDEN, respectfully represent:

1. On July 1, 2010, debtors filed a petition under Chapter 7 of the United States Bankruptcy Code. Michael P. Dacquisto was appointed Chapter 7 Trustee.

2. This Motion seeks an Order Abandoning certain assets of the estate.

3. The assets being abandoned are those being used by RON LOYD RC SALES, a wholesale distribution with inventory valued at $5,000.00 and accounts receivables valued at

MARK W. BRIDEN
Attorney at Law
691 Maraglia Drive
P.O. Box 493085
Redding, CA 96049
(530)222-1664

$800.00. These assets are listed in Schedule B and claimed exempt pursuant to CCP § 703.140(b)5.

4. Request is hereby made this Court take Judicial Notice of Schedules B and C of the filed petition.

5. There is no equity in said property realizable for the benefit of the Chapter 7 Trustee and estate. The property is inconsequential to the estate.

WHEREFORE FOLLOWING Notice and Hearing, debtor, by and through their attorney, pray for an Order of this Court as follows:

1. For an Order Compelling Michael P. Dacquisto, Chapter 7 Trustee, to Abandon any and all interest he may hold, as Chapter 7 Trustee, in debtors wholesale distribution business known as RC Sales, operating from debtors personal residence at 8160 Green Acres Lane, Redding, California; and

2. For such other and further relief as this Court may deem just and proper.

DATED: August 19, 2010

MARK W. BRIDEN
ATTORNEY FOR DEBTOR